**Dismissed and Memorandum Opinion filed March 11, 2025.**



In The

# Fifteenth Court of Appeals

### NO. 15-24-00028-CV

## BRYAN COLLIER IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant

### V.

### ROBERT WAYNE MITCHELL, Appellee

**On Appeal from the 298th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-04417**

## MEMORANDUM OPINION

This appeal is from a judgment signed on September 26, 2023. The appeal was assigned to the Fifth Court of Appeals as cause number 05-23-01001-CV. On June 4, 2024, the Fifth Court issued a memorandum opinion dismissing the appeal as moot.[1] Mandate issued on August 14, 2024. On September 3, 2024, the Fifth Court transferred this cause to this Court. As mandate has already issued, and

---

[1] *See Collier v. Mitchell*, 2024 WL 2827610 (Tex. App.—Dallas June 4, 2024, no pet.).

because there is no controversy pending before this Court, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris